IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED A. PULPHUS, a married man,                )    Case No.: 2:21-cv-00930
                                               )
            Plaintiff,                         )
                                               )    NOTICE OF REMOVAL TO FEDERAL
            v.                                 )    COURT
                                               )
                                               )
COMPASS HEALTH, a Washington                   )
Corporation, WHATCOM COUNTY,                   )
WHATCOM COUNTY SHERIFF'S OFFICE,               )
and WENDY JONES,                               )
                                               )
            Defendants.                        )
                                               )
                                               )
_____        )

TO THE CLERK OF THE ABOVE-NAMED COURT:

PLEASE TAKE NOTICE THAT Defendants herein hereby remove to this Court the state court

action described below, and in support of this Notice, shows the Court as follows:

1.  On June 21, 2021, Plaintiff, Fred A. Pulphus, filed this action against Defendants,

Compass Health, a Washington Corporation, Whatcom County, Whatcom County Sheriff's

Office, and Wendy Jones in the Superior Court for the State of Washington (Snohomish County),

entitled *Fred A. Pulphus, a married man, Plaintiff, v. Compass Health, a Washington*

DEFENDANTS' NOTICE OF REMOVAL - 1

*Corporation, Whatcom County, Whatcom County Sheriff's Office, and Wendy Jones, Defendants,*
*21-2-01395-31.*

2. On June 21, 2021, Defendants, Whatcom County, Whatcom County Sheriff's Office, and Wendy Jones, were served with the amended summons and complaint in this case. A copy of the complaint is filed with the Declaration of George Roche pursuant to LCR 101(b). All of the defendants in this matter agree to the removal of this case to the United States District Court.

### Federal Question

This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to 28 U.S.C. § 1441(a) in that it is a civil action wherein this Court has original jurisdiction.  This matter stems from an alleged due process and equal protection claim; Plaintiffs allege violations of his civil rights under 42 U.S.C. §1983.

WHEREFORE, Defendants pray that this action be removed to the United States District Court for the Western District of Washington at Seattle.

DATED this __13th__ day of July, 2021

_____
GEORGE ROCHE, WSBA #45698
Civil Deputy Prosecuting Attorney
*for* Defendants, Whatcom County, Whatcom
County Sheriff's Office, and Wendy Jones
Whatcom County Prosecuting Attorney
311 Grand Ave Suite 201
Bellingham, WA 98225
360.778.5710
groche@co.whatcom.wa.us

DEFENDANTS' NOTICE OF REMOVAL - 2

Whatcom County Prosecuting Attorney
311 Grand Ave., Suite 201
Bellingham, WA 98225
360.778.5710 Fax: 360.778.5711

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2021, I caused to be delivered and I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system which will send notification of such filing to the Plaintiff's attorneys and Defendant's attorneys at the following address(es):

Y. JUNGA CHA
EDWARD S. ALEXANDER
Cha & Alexander Law Firm, PS
2319 Elm Street
Bellingham, WA 98225
Junga@ChaAlexander.com
(360) 392-2872

Lewis Brisbois Bisgaard & Smith LLP
ATTN: Benjamin Stone / Hannah Driscoll
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Benjamin.Stone@lewisbrisbois.com
Hannah.Driscoll@lewisbrisbois.com
(206) 436-2020

I certify under penalty of perjury under the laws of the United States that the foregoing is a true and correct statement.

Signed at Bellingham, WA.

_____
Anna E. Webb, Paralegal

DEFENDANTS' NOTICE OF REMOVAL - 3