The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| FRED A. PULPHUS, a married person,<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS HEALTH, a Washington Corporation, WHATCOM COUNTY, WHATCOM COUNTY SHERIFF'S OFFICE, and WENDY JONES<br><br>Defendants. | NO. 2:21-CV-00930<br><br>**ORDER OF CONTINUANCE OF TRIAL DATE AND EXTENSION OF CASE SCHEDULING DATES** |

Order Of Continuance Of Trial Date And Extension Of
Case Scheduling Dates
Page 1 of 2
No. 2:21-CV-00930

**Cha & Alexander Law Firm, P.S.**
2319 Elm St. Bellingham, WA 98225
Telephone: (360) 392-2872

The parties' Stipulated Motion to Continue Trial Date and Revise Order Setting Original Case Schedule came on regularly for decision without oral argument. The Court having reviewed the Motion finds that good cause exists for continuance of the trial date and revision of the case schedule.

IT IS THEREFORE ORDERED that this case be removed from the trial calendar for June 21-June 30th, 2022, and reset for September 19, 2022.  The Clerk shall issue a revised Case Schedule extending all dates in accordance with the new trial date.

SO ORDERED.

DATED THIS 30th day of November, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order Of Continuance Of Trial Date And Extension Of Case Scheduling Dates
Page 2 of 2
No. 2:21-CV-00930

Cha & Alexander Law Firm, P.S.
2319 Elm St. Bellingham, WA 98225
Telephone: (360) 392-2872