1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED A. PULPHUS, a married person,<br><br>                      Plaintiff,<br>    v.<br><br>COMPASS HEALTH, a Washington Corporation, et al.,<br><br>                      Defendants. | CASE NO. 2:21-cv-00930-TL<br><br>ORDER OF REFERENCE |

       This action is assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:21-cv-00930-TL-BAT. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

       Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("Local MJR") 3, the Court hereby refers to Magistrate Judge Brian A. Tsuchida all non-dispositive pretrial matters, other than those matters excluded by 28 U.S.C. § 636(b)(1)(A). *See* 28 U.S.C. §

ORDER OF REFERENCE - 1

1  636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a). This referral includes the pending Motion for
2  Protective Order (Dkt. No. 21). Federal Rule of Civil Procedure 72(a) governs any objections to
3  Magistrate Judge Brian A. Tsuchida's rulings concerning any non-dispositive motions. *See* Fed.
4  R. Civ. P. 72(a); Local MJR 3(b).
5      Accordingly, the Court Orders that the above-entitled action is referred to Magistrate
6  Judge Brian A. Tsuchida for the specific purposes and types of motions described herein. The
7  Court further Directs and Empowers Magistrate Judge Brian A. Tsuchida to conduct hearings
8  and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this
9  Order.
10     IT IS SO ORDERED.
11     Dated this 10th day of February 2022.

*[signature]*

Tana Lin
United States District Judge

ORDER OF REFERENCE - 2