UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRED A PULPHUS,

                  Plaintiff,

    v.

COMPASS HEALTH, WHATCOM
COUNTY, WHATCOM COUNTY
SHERIFF'S OFFICE, WENDY JONES,

                Defendants.

CASE NO. 2:21-cv-00930-TL-BAT

**ORDER RESETTING JURY TRIAL
DATE AND RELATED DATES**

Pursuant to the parties' Stipulated Motion to Continue Trial Date and Amend Case Schedule (Dkt. 50) The Court hereby **RESETS** the trial date and certain deadlines in this case as follows:

| Event | Date |
|---|---|
| **JURY TRIAL SET FOR 9:00 A.M. ON** | **4/10/2023** |
| Length of trial | 5-8 days |
| Deadline for Plaintiff to produce final expert report | **10/14/2022** |
| Deadline for Defendants to depose Plaintiff's substitute expert | **11/14/2022** |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | **12/19/2022** |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | **1/9/2023** |

| Mediation per LCR 39.1, if requested by the parties, held no later than | **2/10/2023** |
|---|---|
| All motions in limine must be filed by | **3/6/2023** |
| Agreed LCR 16.1 Pretrial Order due | **3/20/2023** |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibit lists due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | **3/27/2023** |
| Pretrial Conference scheduled for 9:30 a.m. on | **4/3/2023** |

These dates are set at the direction of the Court. All other dates have already passed or are specified in the Local Civil Rules. Judge Lin will not decrease the amount of time between the dispositive motion or motion in limine deadlines and the trial date unless the parties set forth an extraordinary basis for doing so. Any changes in the dispositive motion or motion in limine deadlines will result in a change of the trial date.

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause. If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Deputy Clerk Kadya Peter (206-370-8525) within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

1    The settlement conference conducted between the close of discovery and filing of

2    dispositive motions requires a face-to-face meeting or telephone conference between persons

3    with authority to settle the case. The settlement conference does not have to involve a third-party

4    neutral.

5                                       PRIVACY POLICY

6    Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the

7    following information from documents and exhibits before they are filed with the court:

8    * Dates of Birth - redact to the year of birth

9    * Names of Minor Children - redact to the initials

10   * Social Security Numbers and Taxpayer Identification Numbers - redact in their entirety

11   * Financial Accounting Information - redact to the last four digits

12   * Passport Numbers and Driver License Numbers - redact in their entirety

13   All documents filed in the above-captioned matter must comply with Federal Rule of

14   Civil Procedure 5.2 and LCR 5.2.

15                                        COOPERATION

16   As required by LCR 37(a), all discovery matters are to be resolved by agreement if

17   possible. Counsel are further directed to cooperate in preparing the final pretrial order in the

18   format required by LCR 16.1, except as ordered below.

19                                        TRIAL EXHIBITS

20   The original and two copies of the trial exhibits are to be delivered to Judge Lin's

21   chambers five days before the trial date. Each exhibit shall be clearly marked. The Court hereby

22   alters the LCR 16.1 procedure for numbering exhibits: Plaintiff(s)' exhibits shall be numbered

23   consecutively beginning with P-1; defendant(s)'exhibits shall be numbered consecutively

ORDER RESETTING JURY TRIAL DATE
AND RELATED DATES - 3

beginning with D-1. Joint exhibits shall be numbered consecutively beginning with J-1. Duplicate documents shall not be listed twice. Each exhibit shall be printed double-sided unless there is a specific need to not do so. Once a party has identified an exhibit in the pretrial order, it may be used by any party. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

<u>SETTLEMENT</u>

Should this case settle, counsel shall notify Deputy Clerk Kadya Peter (206-370-8525), as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 4th day of August, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER RESETTING JURY TRIAL DATE
AND RELATED DATES - 4