THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED A. PULPHUS, a married man,<br><br>    Plaintiff,<br>  v.<br><br>COMPASS HEALTH, a Washington Corporation, WHATCOM COUNTY, WHATCOM COUNTY SHERIFF'S OFFICE, and WENDY JONES,<br><br>    Defendants. | NO. 2:21-CV-00930-TL-BAT<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>NOTED FOR CONSIDERATION: JANUARY 3, 2023 |

## STIPULATION

Plaintiff Fred Pulphus and Defendants Whatcom County and Compass Health have settled all claims in this case. Under the terms of their settlement, the parties agreed that before a full-length settlement document is drafted and executed and the funds to Plaintiff are disbursed, all claims against Defendants Jones and Reynolds shall be dismissed with prejudice. Therefore, the parties hereby stipulate that Defendants Jones and Reynolds should now be dismissed from this action with prejudice and without costs or fees to any party. The parties will file a stipulation for the dismissal of the remaining defendants once the funds to Plaintiff are disbursed.

STIPULATION AND ORDER OF DISMISSAL – 1

Cause No.: 2:21-CV-00930-TL-BAT

Whatcom County Prosecuting Attorney
311 Grand Ave., Suite 201
Bellingham, WA 98225
360.778.5710 Fax: 360.778.5711

DATED this 3rd day of January, 2023.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | WHATCOM COUNTY PROSECUTING ATTORNEY'S OFFICE |
| By: /s/Toby J. Marshall, WSBA #32726<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@terrellmarshall.com<br>Eric R. Nusser, WSBA #51513<br>Email: eric@terrellmarshall.com<br>936 N. 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>Edward S Alexander, WSBA #33818<br>Email: edward@chaalexander.com<br>Yeun Junga Cha, WSBA #35147<br>Email: junga@chaalexander.com<br>CHA & ALEXANDER LAW FIRM PS<br>2319 Elm Street<br>Bellingham, Washington 98225<br>Telephone: (360) 392-2872<br><br>*Attorneys for Plaintiff* | By: /s/ George C. Roche, WSBA #45698<br>George C. Roche, WSBA #45698<br>Email: groche@co.whatcom.wa.us<br>Email: awebb@co.whatcom.wa.us<br>County Courthouse<br>311 Grand Avenue<br>Bellingham, Washington 98225<br>Telephone: (360) 778-5710<br>Facsimile: (360) 778-5711<br><br>*Attorneys for Defendants Whatcom County, Wendy Jones and David Reynolds*<br><br><br>LEWIS BRISBOIS BISGAARD<br>& SMITH LLP (SEATTLE)<br><br>By: /s/ Benjamin J. Stone, WSBA #33436<br>Benjamin J. Stone, WSBA #33436<br>Email: benjamin.stone@lewisbrisbois.com<br>Hannah Driscoll, WSBA #56853<br>Email: hannah.driscoll@lewisbrisbois.com<br>1111 Third Ave Ste 2700<br>Seattle, Washington 98101<br>Telephone: (206) 436-2020<br>Facsimile: (206) 436-2030<br><br>*Attorneys for Defendant Compass Health* |

STIPULATION AND ORDER OF DISMISSAL – 2

Cause No.: 2:21-CV-00930-TL-BAT

Whatcom County Prosecuting Attorney
311 Grand Ave., Suite 201
Bellingham, WA 98225
360.778.5710 Fax: 360.778.5711

## ORDER

Pursuant to the above stipulation, all claims against Defendants Jones and Reynolds are hereby DISMISSED with prejudice and without costs or fees to any party. IT IS SO ORDERED.

Dated this 3rd day of January 2023.

_____
Tana Lin
United States District Judge

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/Toby J. Marshall, WSBA #32726
   Toby J. Marshall, WSBA #32726
   Email: tmarshall@terrellmarshall.com
   Eric R. Nusser, WSBA #51513
   Email: eric@terrellmarshall.com
   936 N. 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

   Edward S Alexander, WSBA #33818
   Email: edward@chaalexander.com
   Yeun Junga Cha, WSBA #35147
   Email: junga@chaalexander.com
   CHA & ALEXANDER LAW FIRM PS
   2319 Elm Street
   Bellingham, Washington 98225
   Telephone: (360) 392-2872

*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL – 3

Cause No.: 2:21-CV-00930-TL-BAT

Whatcom County Prosecuting Attorney
311 Grand Ave., Suite 201
Bellingham, WA 98225
360.778.5710 Fax: 360.778.5711

```
 1  LEWIS BRISBOIS BISGAARD
      & SMITH LLP (SEATTLE)
 2
 3  By: /s/ Benjamin J. Stone, WSBA #33436
        Benjamin J. Stone, WSBA #33436
 4      Email: benjamin.stone@lewisbrisbois.com
        Hannah Driscoll, WSBA #56853
 5      Email: hannah.driscoll@lewisbrisbois.com
        1111 Third Ave Ste 2700
 6      Seattle, Washington 98101
        Telephone: (206) 436-2020
 7      Facsimile: (206) 436-2030
 8
    Attorneys for Defendant Compass Health
 9
    WHATCOM COUNTY PROSECUTING
10    ATTORNEY'S OFFICE
11
    By: /s/ George C. Roche, WSBA #45698
12      George C. Roche, WSBA #45698
        Email: groche@co.whatcom.wa.us
13      Email: awebb@co.whatcom.wa.us
        County Courthouse
14      311 Grand Avenue
        Bellingham, Washington 98225
15      Telephone: (360) 778-5710
        Facsimile: (360) 778-5711
16
17  Attorneys for Defendants Whatcom County,
    Wendy Jones and David Reynolds
18
19
20
21
22
23
24
25
26
```

STIPULATION AND ORDER OF DISMISSAL – 4

Cause No.: 2:21-CV-00930-TL-BAT

Whatcom County Prosecuting Attorney
311 Grand Ave., Suite 201
Bellingham, WA 98225
360.778.5710 Fax: 360.778.5711