Judge Tana Lin
(Non-dispositive pretrial matters) Judge Brian A. Tsuchida

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRED A. PULPHUS, a married person,<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS HEALTH, a Washington Corporation, WHATCOM COUNTY, WHATCOM COUNTY SHERIFF'S OFFICE, and WENDY JONES, in her individual and official capacities, and DAVID REYNOLDS in his individual and official capacities,<br><br>Defendants. | No.   2:21-cv-00930-TL-BAT<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>NOTE FOR HEARING:<br>February 23, 2023 |

## **STIPULATION**

COMES NOW the parties hereto, Plaintiff and Defendants, by and through their attorneys of record, and, pursuant to FRCP 41, hereby stipulate that all of Plaintiff's claims against all Defendants in this action shall be dismissed with prejudice and without costs.

DATED this 23rd day of February, 2023.

| *Attorneys for Plaintiff*<br>CHA & ALEXANDER LAW FIRM, P.S. | *Counsel for Whatcom County*<br>CIVIL DEPUTY PROSECUTING ATTORNEY |
|---|---|
| By: *s/Y. Junga Cha*<br>    Y. Junga Cha, WSBA #35147<br>    Edward S. Alexander, WSBA #33818 | By: *s/George Roche*<br>    George Roche, WSBA #45698 |

STIPULATION AND ORDER OF DISMISSAL - 1
U.S.D.C. Western WA 2:21-cv-00930-TL-BAT

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

90615435.1

TERRELL MARSHALL

By: *s/Toby J. Marshall*
   Toby J. Marshall, WSBA #32726
   Eric R. Nusser, WSBA #51513

BUNDY LAW GROUP, PLLC

By: *s/Kristofer J. Bundy*
   Kristofer J. Bundy, WSBA #19840

*Attorney for Defendant Compass Health*
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *s/Benjamin J. Stone*
   Benjamin J. Stone, WSBA #33436

## ORDER

Based on the stipulation of the Parties (Dkt. No. 56), it is hereby ORDERED that this matter is dismissed with prejudice and without costs to any party.

Dated this 23rd day of February 2023.

*[signature]*
Tana Lin
United States District Judge

Presented by:

*Attorney for Defendant Compass Health*
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *s/Benjamin J. Stone*
   Benjamin J. Stone, WSBA #33436

And by:

*Attorneys for Plaintiff*
CHA & ALEXANDER LAW FIRM, P.S.

By: *s/Y. Junga Cha*
   Y. Junga Cha, WSBA #35147
   Edward S. Alexander, WSBA #33818

*Counsel for Whatcom County*
CIVIL DEPUTY PROSECUTING ATTORNEY

By: *s/George Roche*
   George Roche, WSBA #45698

STIPULATION AND ORDER OF DISMISSAL - 2
U.S.D.C. Western WA 2:21-cv-00930-TL-BAT

90615435.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

| | |
|---|---|
| TERRELL MARSHALL | BUNDY LAW GROUP, PLLC |
| By: *s/Toby J. Marshall* <br>     Toby J. Marshall, WSBA #32726 <br>     Eric R. Nusser, WSBA #51513 | By: *s/Kristofer J. Bundy* <br>     Kristofer J. Bundy, WSBA #19840 |

STIPULATION AND ORDER OF DISMISSAL - 3
U.S.D.C. Western WA 2:21-cv-00930-TL-BAT

90615435.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020